IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | No. 4:14CR 111 |
| v. | § | Judge Schell |
| | § | |
| ALEXANDER GROYS | § | |

## FACTUAL STATEMENT

The defendant, **Alexander Groys** ("**Groys**"), stipulates and agrees that the following facts are true and correct:

1. As charged in Count One of the Information, from a time unknown to the United States Attorney through on or about September 12, 2013, in the Eastern District of Texas, **Groys** did knowingly possess material, specifically an HP Pavilion desktop computer with a Toshiba hard drive, which contained one or more visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions were of such conduct. The visual depictions were transported using any means or facility of interstate and foreign commerce, and were produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer. Included among the images that **Groys** possessed were the following:

| FILE NAME | DESCRIPTION |
| --- | --- |
| 5yo_rakom.3gp | This video depicts the lewd and lascivious display of a prepubescent female's genitalia. |
| ysamotyk.3pg | This video depicts the lewd and lascivious display of a prepubescent female's genitalia. |
| moni_10yo_personal.3gp | This video depicts the lewd and lascivious display of a prepubescent female's genitalia and also depicts an adult male performing oral sex on the prepubescent female. |

2. **Groys** knew that the images he possessed involved the use of minors engaging in sexually explicit conduct and that the depictions were of such conduct. **Groys** also knew that he possessed at least ten images and ~~seventeen~~ *eight* (8) videos of children engaged in sexually explicit

conduct, including depictions involving prepubescent minors and sadistic and masochistic conduct.

3.  **Groys** admits that he committed the offense described in the Information at his home in Richardson, Texas, in the Eastern District of Texas.

4.  **Groys** used the following computer equipment to possess the images:

    a. HP Pavilion desktop computer; and
    b. Toshiba hard drive.

5.  **Groys** admits that the Toshiba hard drive was not made in the State of Texas and was therefore transported in interstate and foreign commerce.

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT ALEXANDER GROYS

I have read this Factual Statement and have discussed it with my attorney. I fully understand the contents of this Factual Statement and agree without reservation that it accurately describes my acts.

Dated: 6/11/14

_____
ALEXANDER GROYS
Defendant

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Statement and the Information and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Statement.

Dated: 6/11/14

_____
BRIAN CORRIGAN
Attorney for the defendant